UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8910 CAS (AJWx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | GLENWOOD SYSTEMS, LLC v. VENKATESAN THIRUGNANAM, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present          Not Present

**Proceedings:**     **(In Chambers:) ORDER REOPENING DISCOVERY**

## I. INTRODUCTION

On December 12, 2011, the Court held a hearing on defendants Venkatesan Thirugnanam, Senthil Sunderesan, Augment Technology Solutions Pvt. Ltd., and Augment Technology Solutions, LLC d/b/a ATS Healthcare (collectively, "defendants") motion for summary judgment. In conjunction with their motion, defendants moved to strike plaintiff's president Loganathan Natarajan's declaration on the ground that Natarajan had not appeared for his noticed deposition on November 7, 2011. The Court indicated that it would not rule on defendants' motion until the magistrate judge ruled on plaintiff's pending motion for a protective order.

On February 6, 2012, the magistrate judge issued a ruling denying plaintiff's motion for a protective order as untimely and moot. Accordingly, the parties filed supplemental briefing on February 21, 2012, in which defendants request Natarajan's declaration be stricken pursuant to Fed. R. Civ. P. 37 and plaintiff requests no sanctions be levied.

The Court finds it appropriate to reopen discovery for the limited purpose to permit defendants to take Natarajan's deposition in California. The deposition shall not exceed four hours, and shall take place on or before March 19, 2012. Plaintiff's failure to produce Natarajan may result in the striking of Natarajan's declaration from the record.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |